# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MAURICE BELLAFONTA CATHEY,<br>a/k/a Short, and CORROD LEON<br>PHILLIPS,<br><br>　　　　　Defendants. | 4:18-CR-40097-KES<br><br><br>**VERDICT FORM** |

We, the Jury, unanimously find the defendants, **Maurice Bellafonta Cathey** and **Corrod Leon Phillips**, as follows:

| COUNT ONE: CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE || VERDICT |
|---|---|---|
| 1. | On the charge of "Conspiracy to Distribute a Controlled Substance," as explained in Final Instruction No. 3, please mark your verdict with respect to each defendant: | |
| | Maurice Bellafonta Cathey | ____ Not Guilty<br>_X_ Guilty |
| | Corrod Leon Phillips | ____ Not Guilty<br>_X_ Guilty |
| Please proceed to Count Two. |||

| COUNT TWO: CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE | | VERDICT |
|---|---|---|
| 2. | On the charge of "Conspiracy to Distribute a Controlled Substance," as explained in Final Instruction No. 4, please mark your verdict with respect to each defendant: | |
| | Maurice Bellafonta Cathey | ____ Not Guilty<br>_X_ Guilty |
| | Corrod Leon Phillips | ____ Not Guilty<br>_X_ Guilty |
| Please proceed to Count Three. | | |

| COUNT THREE: DISTRIBUTION OF A CONTROLLED SUBSTANCE RESULTING IN DEATH | | VERDICT |
|---|---|---|
| 3. | On the charge of "Distribution of a Controlled Substance Resulting in Death," as explained in Final Instruction No. 5, please mark your verdict with respect to Maurice Bellafonta Cathey. | ____ Not Guilty<br>_X_ Guilty |
| | If you find Cathey not guilty, or if you are unable to reach a decision on question 3, proceed to question 3a. If you find Cathey guilty on question 3, please proceed to Count Four. | |
| 3a. | On the lesser included offense of "Distribution of a Controlled Substance," as explained in Final Instruction No. 5, please mark your verdict. | ____ Not Guilty<br>____ Guilty |
| Please proceed to Count Four. | | |

2

| COUNT FOUR: DISTRIBUTION OF A CONTROLLED SUBSTANCE RESULTING IN SERIOUS BODILY INJURY | | VERDICT |
|---|---|---|
| 4. | On the charge of "Distribution of a Controlled Substance Resulting in Serious Bodily Injury," as explained in Final Instruction No. 6, please mark your verdict with respect to Maurice Bellafonta Cathey. | \_\_\_\_Not Guilty<br>_X_ Guilty |
| | If you find Cathey not guilty, or if you are unable to reach a decision on question 4, proceed to question 4a. If you find Cathey guilty on question 4, please proceed to Count Five. | |
| 4a. | On the lesser included offense of "Distribution of a Controlled Substance," as explained in Final Instruction No. 6, please mark your verdict. | \_\_\_\_Not Guilty<br>\_\_\_\_Guilty |
| Please proceed to Count Five. | | |

| COUNT FIVE: DISTRIBUTION OF A CONTROLLED SUBSTANCE RESULTING IN SERIOUS BODILY INJURY | | VERDICT |
|---|---|---|
| 5. | On the charge of "Distribution of a Controlled Substance Resulting in Serious Bodily Injury," as explained in Final Instruction No. 7, please mark your verdict with respect to each defendant | |
| | Maurice Bellafonta Cathey | ____Not Guilty<br>__X__Guilty |
| | Corrod Leon Phillips | ____Not Guilty<br>__X__Guilty |
| | If you find Cathey or Phillips not guilty, or if you are unable to reach a decision on question 5, proceed to question 5a. If you find Cathey and Phillips guilty on question 5, please proceed to Count Six. | |
| 5a. | On the lesser included offense of "Distribution of a Controlled Substance," as explained in Final Instruction No. 7, please mark your verdict with respect to each defendant. | |
| | Maurice Bellafonta Cathey | ____Not Guilty<br>____Guilty |
| | Corrod Leon Phillips | ____Not Guilty<br>____Guilty |
| Please proceed to Count Six. | | |

4

| COUNT SIX: DISTRIBUTION OF A CONTROLLED SUBSTANCE RESULTING IN SERIOUS BODILY INJURY | | VERDICT |
|---|---|---|
| 6. | On the charge of "Distribution of a Controlled Substance Resulting in Serious Bodily Injury," as explained in Final Instruction No. 8, please mark your verdict with respect to Corrod Leon Phillips. | \_\_\_\_ Not Guilty<br>_X_ Guilty |
| | If you find Phillips not guilty, or if you are unable to reach a decision on question 6, proceed to question 6a. If you find Phillips guilty on question 6, please have your foreperson sign and date the verdict form. | |
| 6a. | On the lesser included offense of "Distribution of a Controlled Substance," as explained in Final Instruction No. 8, please mark your verdict. | \_\_\_\_ Not Guilty<br>\_\_\_\_ Guilty |
| Please have your foreperson sign and date the verdict form. | | |

_11/20/19_
Date